UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-CV-00573-FDW-DCK

| | |
|---|---|
| LISA MIDDLETON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| THE CHARLOTTE-MECKLENBURG ) | |
| HOSPITAL AUTHORITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court *sua sponte* regarding the status of the case. In a Certification of Mediation Session (Doc. No. 9), filed on March 15, 2017, the mediator advised the Court that the case has completely settled.[1] Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated by April 17, 2017. The parties are directed to file their Stipulation of Dismissal on or before April 17, 2017.

IT IS SO ORDERED.

Signed: April 10, 2017

Frank D. Whitney
Chief United States District Judge

---

[1] The mediator's report further advises that counsel would file a stipulation of dismissal within ten days of the filing of that report. The Court notes that not only have those ten days passed without a stipulation of dismissal, but the dispositive motions deadline, April 7, 2017, has also passed.

1